```
 1  CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
    cottenweller@orrick.com
 2  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
 3  WILLIAM H. WRIGHT (STATE BAR NO. 161580)
    wwright@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 5  Menlo Park, California  94025
    Telephone:    +1-650-614-7400
 6  Facsimile:    +1-650-614-7401

 7  Attorneys for Plaintiff SYNOPSYS, INC., EVE-USA, INC., and
    EMULATION AND VERIFICATION ENGINEERING, S.A.
 8
    GEORGE A. RILEY (STATE BAR NO. 118304)
 9  griley@omm.com
    MARK E. MILLER (STATE BAR NO. 130200)
10  markmiller@omm.com
    MICHAEL SAPOZNIKOW (STATE BAR NO. 242640)
11  msapoznikow@omm.com
    ELIZABETH OFFEN-BROWN (STATE BAR NO. 279077)
12  eoffenbrown@omm.com
    O'MELVENY & MYERS LLP
13  Two Embarcadero Center, 28th Floor
    San Francisco, CA  94111
14  Telephone:    +1-415-984-8700
    Facsimile:    +1-415-984-8701
15
    Attorneys for Defendant MENTOR GRAPHICS CORP.
16
```

**SEE ADDED PAGES FOR COMPLETE LIST OF COUNSEL AND REPRESENTATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., a Delaware Corporation, EVE-USA, INC., a Delaware Corporation, and EMULATION AND VERIFICATION ENGINEERING, S.A., formed under the law of France,<br><br>Plaintiffs,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon Corporation,<br><br>Defendant. | Case No.: CV 12 – 05025 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:   January 11, 2013<br>Time:   10:30 a.m.<br>Dept:   Courtroom No. 7, 19th FL<br>Judge:  Honorable Maxine M. Chesney |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP & [PROP] ORDER TO CONTINUE CASE MGMT CONF
CASE NO. CV 12-05025-MMC

Pursuant to Civil Local Rule 6-2, Plaintiffs Synopsys, Inc., EVE-USA, Inc., and Emulation and Verification Engineering, S.A. (collectively "Plaintiffs") and Defendant Mentor Graphics Corp. ("Mentor Graphics") jointly submit this stipulated request for an order rescheduling the Case Management Conference in this action from January 11, 2013 to February 15, 2013, or as soon thereafter as the matter may be heard.

WHEREAS Plaintiffs filed their Complaint in this action on September 27, 2012;

WHEREAS Plaintiffs served Mentor Graphics on December 21, 2012;

WHEREAS on December 20, 2012, this Court issued a Case Management Conference Order that set a January 11, 2013 case management conference;

WHEREAS Mentor Graphics has not yet appeared in this action and is not required to answer or otherwise respond to the Complaint until January 11, 2013;

WHEREAS the Parties have scheduled mediation for January 21, 2012; and

WHEREAS the requested continuance is the first request for an extension in this case of any kind and will not affect any other deadline.

NOW THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective counsel of record, that the Case Management Conference be continued from January 11, 2013 to February 15, 2013, or as soon thereafter as the matter may be heard, and to grant a corresponding extension to all deadlines associated therewith as set forth below.

The Parties will meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by January 25, 2013;

The Parties will file ADR Certification signed by Parties and Counsel by January 25, 2013;

The Parties will file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference by January 25, 2013;

The Parties will file a joint case management statement by February 8, 2013;

The Parties will serve initial disclosures by February 8, 2013;

IT IS SO STIPULATED.

Dated: January 4, 2013                    By: */s/ William H. Wright*
                                          WILLIAM H. WRIGHT
                                          Attorneys for Plaintiffs SYNOPSYS, INC.
                                          EVE-USA, INC. & EMULATION AND
                                          VERIFICATION ENGINEERING, S.A.

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiffs has obtained the concurrence of Defendant's counsel in the filing of this Stipulated Request.

Dated: January 4, 2013                    By: */s/ Michael Sapoznikow*
                                          MICHAEL SAPOZNIKOW
                                          Attorneys for Defendant
                                          MENTOR GRAPHICS CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conferecence is continued to February 22, 2013.

DATED: January 4, 2013                    _____
                                          Honorable Maxine M. Chesney
                                          United States District Judge