1  CHRIS R. OTTENWELLER (SBN 73649)     GEORGE A. RILEY (SBN 118304)
   cottenweller@orrick.com               griley@omm.com
2  I. NEEL CHATTERJEE (SBN 173985)      MARK E. MILLER (SBN 130200)
   nchatterjee@orrick.com                markmiller@omm.com
3  WILLIAM H. WRIGHT (SBN 161580)       MICHAEL SAPOZNIKOW (SBN 242640)
   wwright@orrick.com                    msapoznikow@omm.com
4  ROBERT J. BENSON (SBN 155971)        ELIZABETH OFFEN-BROWN (SBN 279077)
   rbenson@orrick.com                    eoffenbrown@omm.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP   O'MELVENY & MYERS LLP
   1000 Marsh Road                       Two Embarcadero Center, 28th Floor
6  Menlo Park, CA 94025                 San Francisco, CA 94111
   Telephone: (650) 614-7400             Telephone:    (415) 984-8700
7  Facsimile: (559) 614-7401             Facsimile:    (415) 984-8701

8  DOUGLAS E. LUMISH (SBN 183863)       Attorneys for Defendant and Counter-Plaintiff
   dlumish@kasowitz.com                  MENTOR GRAPHICS CORPORATION
9  JEFFREY G. HOMRIG (SBN 215890)
   jhomrig@kasowitz.com
10 GABRIEL S. GROSS (SBN 254672)
   ggross@kasowitz.com
11 JOSEPH H. LEE (SBN 248046)
   jlee@kasowitz.com
12 UTTAM G. DUBAL (SBN 266007)
   udubal@kasowitz.com
13 KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
14 333 Twin Dolphin Drive, Suite 200
   Redwood Shores, CA 94065
15 Telephone: (650) 453-5170
   Facsimile: (650) 453-5171
16
   Attorneys for Plaintiffs and Counter-Defendants
17 SYNOPSYS, INC. ET AL.

18                    **UNITED STATES DISTRICT COURT**
19                   **NORTHERN DISTRICT OF CALIFORNIA**
20

21 SYNOPSYS, INC., a Delaware Corporation,   Case No. 3:12-cv-05025-MMC
   EVE-USA, INC., a Delaware corporation, and
22 EMULATION AND VERIFICATION              **STIPULATION AND ~~[PROPOSED]~~**
   ENGINEERING, S.A., formed under the laws of  **ORDER TO RESCHEDULE CASE**
23 France,                                  **MANAGEMENT CONFERENCE**

24        Plaintiffs and Counter-Defendants,

25 v.

26 MENTOR GRAPHICS CORPORATION, an
   Oregon Corporation,
27
          Defendant and Counter-Plaintiff
28

   STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
   CASE NO. 3:12-CV-05025-MMC

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Counter-Defendants Synopsys, Inc., EVE-

2    USA, Inc., and Emulation and Verification Engineering, S.A. (collectively "Plaintiffs") and

3    Defendant and Counter-Plaintiff Mentor Graphics Corp. ("Mentor Graphics") jointly submit this

4    stipulated request for an order rescheduling the Case Management Conference in this action from

5    February 22, 2013 to February 15, 2013.

6    On January 18, 2013, counsel for Mentor Graphics sent a message on behalf of all parties

7    to Tracy Lucero, Clerk to the Honorable Judge Chesney, stating that George Riley, lead counsel

8    for Mentor Graphics, will be at a claim construction hearing in Texas on February 22, 2013, and

9    for that reason he cannot attend the Case Management Conference currently scheduled for that

10   date.  The parties inquired whether the Case Management Conference could be rescheduled to

11   February 15, 2013.  Ms. Lucero responded on the same day with a message that states "the date of

12   February 15th is fine with the Court" and requesting that the parties file a stipulation and proposed

13   order requesting the change of date and explaining the reason for their request.

14   THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective

15   counsel of record, that the Case Management Conference be changed from February 22, 2013 to

16   February 15, 2013, and that the Court set corresponding deadlines associated therewith as set forth

17   below.

18   The Parties will meet and confer regarding initial disclosures, early settlement, ADR, and

19   discovery plan by January 25, 2013;

20   The Parties will file ADR Certifications signed by Parties and Counsel by January 25,

21   2013;

22   The Parties will file either Stipulation to ADR Process or Notice of Need for ADR Phone

23   Conference by January 25, 2013;

24   The Parties will file a joint case management statement by February 8, 2013;

25   The Parties will serve initial disclosures by February 8, 2013;

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                                    1

1    IT IS SO STIPULATED.

2

3

Dated: January 22, 2013                        By:    /s/ Michael Sapoznikow
4                                                       Michael Sapoznikow
                                                        Attorneys for Defendant and Counter-
5                                                       Plaintiff
                                                        MENTOR GRAPHICS CORPORATION
6                                                               .

7    Dated: January 22, 2013                    By:    /s/ William H. Wright
                                                        William H. Wright
8                                                       Attorneys for Plaintiffs and Counter-
                                                        Defendants
9                                                       SYNOPSYS, INC. EVE-USA, INC. &
                                                        EMULATION AND VERIFICATION
10                                                      ENGINEERING, S.A.

11

        Pursuant to Civil Local Rule 5-1(i)(3), counsel for Mentor Graphics has obtained the
12

concurrent of Plaintiff's counsel in the filing of this Stipulated Request.
13

14

15
Dated: January 22, 2013                         By:    /s/ Michael Sapoznikow
16                                                      Michael Sapoznikow
                                                        Attorneys for Defendant and Counter-
17                                                      Plaintiff
                                                        MENTOR GRAPHICS CORPORATION

18

19

20

21      **PURSUANT TO STIPULATION, IT IS SO ORDERED**  with the exception that in
   light of defendant's pending Motion to Transfer, the Case Management Conference is hereby
22   CONTINUED to March 22, 2013, with all related dates continued in accordance therewith.

23

24   DATED:  January 23, 2013                    _____
                                                        Honorable Maxine M. Chesney
25                                                      United States District Judge

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                                    2