I. NEEL CHATTERJEE (SBN 173985)
nchatterjee@orrick.com
WILLIAM H. WRIGHT (SBN 161580)
wwright@orrick.com
ROBERT J. BENSON (SBN 155971)
rbenson@orrick.com
VICKIE L. FEEMAN (SBN 177487)
vfeeman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    +1-650-614-7400
Facsimile:    +1-650-614-7401

DOUGLAS E. LUMISH (SBN 183863)
dlumish@kasowitz.com
JEFFREY G. HOMRIG (SBN 215890)
jhomrig@kasowitz.com
GABRIEL S. GROSS (SBN 254672)
ggross@kasowitz.com
JOSEPH H. LEE (SBN 248046)
jlee@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
Telephone:    1+(650) 453-5170
Facsimile:    1+(650) 453-5171

Attorneys for Plaintiffs
SYNOPSYS, INC., EMULATION VERIFICATION
ENGINEERING S.A. and EVE-USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., EMULATION VERIFICATION ENGINEERING S.A. AND EVE-USA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>MENTOR GRAPHICS CORPORATION,<br><br>Defendant. | Case No. 3:12-cv-05025-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF DOCUMENTS PURSUANT TO CIVIL LOCAL RULE 79-5 |

1  Having considered Plaintiffs' Administrative Motion to Seal Portions of Documents
2  Pursuant to Civil Local Rule 79-5 and the supporting materials submitted therewith, the Court
3  hereby **GRANTS** Plaintiffs' motion.
4  Accordingly, it is hereby ordered that the following may be filed under seal: (1)
5  Plaintiffs' Opposition to Mentor Graphics Corporation's Motion to Transfer; and (2) exhibits D, F
6  and G to the Declaration of Scott Lindlaw in Support of Plaintiffs' Opposition to Mentor
7  Graphics Corporation's Motion to Transfer.

**IT IS SO ORDERED.**

Dated: January 30, 2013

HONORABLE MAXINE M. CHESNEY
United States District Judge