| | | |
|---|---|---|
| 1 | I. NEEL CHATTERJEE (SBN 173985) | GEORGE A. RILEY (SBN 118304) |
| | nchatterjee@orrick.com | griley@omm.com |
| 2 | WILLIAM H. WRIGHT (SBN 161580) | MARK E. MILLER (SBN 130200) |
| | wwright@orrick.com | markmiller@omm.com |
| 3 | ROBERT J. BENSON (SBN 155971) | MICHAEL SAPOZNIKOW (SBN 242640) |
| | rbenson@orrick.com | ELIZABETH OFFEN-BROWN |
| 4 | VICKIE L. FEEMAN (SBN 177487) | (SBN 279077) |
| | vfeeman@orrick.com | eoffenbrown@omm.com |
| 5 | ORRICK, HERRINGTON & SUTCLIFFE LLP | O'MELVENY & MYERS LLP |
| | 1000 Marsh Road | Two Embarcadero Center, 28th Floor |
| 6 | Menlo Park, California 94025 | San Francisco, CA 94111 |
| | Telephone:  +1-650-614-7400 | Telephone:  1+(415) 984-8700 |
| 7 | Facsimile:  +1-650-614-7401 | Facsimile:  1+(415) 984-8701 |
| 8 | DOUGLAS E. LUMISH (SBN 183863) | Attorneys for Defendant and Counter-Plaintiff |
| | dlumish@kasowitz.com | MENTOR GRAPHICS CORPORATION |
| 9 | JEFFREY G. HOMRIG (SBN 215890) | |
| | jhomrig@kasowitz.com | |
| 10 | GABRIEL S. GROSS (SBN 254672) | |
| | ggross@kasowitz.com | |
| 11 | JOSEPH H. LEE (SBN 248046) | |
| | jlee@kasowitz.com | |
| 12 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | |
| 13 | 333 Twin Dolphin Drive, Suite 200 | |
| | Redwood Shores, CA 94065 | |
| 14 | Telephone:  1+(650) 453-5170 | |
| | Facsimile:  1+(650) 453-5171 | |
| 15 | | |
| 16 | Attorneys for Plaintiffs | |
| | SYNOPSYS, INC., EMULATION VERIFICATION | |
| 17 | ENGINEERING S.A. and EVE-USA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., EMULATION VERIFICATION ENGINEERING S.A. AND EVE-USA, INC., | Case No. 3:12-cv-05025-MMC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO FILE PORTIONS OF DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. | |

**STIPULATION**

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs Synopsys, Inc., EVE-USA, Inc. ("EVE-USA"), and Emulation and Verification Engineering, S.A. ("EVE S.A.") and Defendant Mentor Graphics Corp. ("Mentor Graphics") jointly submit this stipulation regarding Plaintiffs' Administrative Motion to File Portions of Documents Under Seal Pursuant to Civil Local Rule 79-5. The parties request that the Court approve the Stipulation and enter the proposed order allowing Plaintiffs to file under seal portions of Plaintiffs' Answer to Mentor Graphics Corporation's Counterclaims ("Plaintiffs' Answer").

Although counsel for Mentor Graphics Corporation has not reviewed Plaintiffs' Answer, Plaintiffs have represented that portions of Plaintiffs' Answer quote from and/or refer to the confidential terms of the same 2006 settlement agreement between EVE-USA, EVE S.A., and Mentor Graphics Corporation that was filed under seal as Exhibit A to Defendant Mentor Graphics Corporation's Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims. This agreement requires the parties to keep the non-public aspects of the agreement confidential. *See* Exhibit A to Defendant Mentor Graphics Corporation's Answer to Complaint for Declaratory and Injunctive Relief and Counterclaims. Mentor Graphics agrees that the parties have a duty to maintain the confidentiality of the terms of the 2006 settlement agreement and relies on Plaintiffs' representations as to the content of Plaintiffs' Answer for purposes of this stipulation.

NOW, THEREFORE, the Parties hereby STIPULATE and REQUEST the Court to place portions of Plaintiffs' Answer to Mentor Graphics Corporation's Counterclaims under seal in the files and records of the Court until further order of the Court.[1]

Dated: February 4, 2013     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Vickie L. Feeman
VICKIE L. FEEMAN
Attorneys for Plaintiffs
SYNOPSYS, INC., EMULATION
VERIFICATION ENGINEERING S.A.
AND EVE-USA, INC.

Dated: February 4, 2013     O'MELVENY & MEYERS LLP

By: /s/ Elizabeth Offen-Brown
ELIZABETH OFFEN-BROWN
Attorneys for Defendant
MENTOR GRAPHICS CORPORATION

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiffs has obtained the concurrence of Mentor Graphics Corporation's counsel in the filing of this Stipulated Request.

Dated: February 4, 2013     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Vickie L. Feeman
VICKIE L. FEEMAN
Attorneys for Plaintiffs
SYNOPSYS, INC., EMULATION
VERIFICATION ENGINEERING S.A.
AND EVE-USA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 7, 2013

_____
Honorable Maxine M. Chesney
United States District Judge

---

[1] Paragraphs 7 and 7 of Plaintiffs' Answer correspond to paragraphs 7 and 7 of Counts II and III of Mentor's Counterclaims.