1  I. NEEL CHATTERJEE (SBN 173985)
   nchatterjee@orrick.com
2  WILLIAM H. WRIGHT (SBN 161580)
   wwright@orrick.com
3  ROBERT J. BENSON (SBN 155971)
   rbenson@orrick.com
4  VICKIE L. FEEMAN (SBN 177487)
   vfeeman@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
6  Menlo Park, California  94025
   Telephone:     +1-650-614-7400
7  Facsimile:     +1-650-614-7401

8  DOUGLAS E. LUMISH (SBN 183863)
   dlumish@kasowitz.com
9  JEFFREY G. HOMRIG (SBN 215890)
   jhomrig@kasowitz.com
10 GABRIEL S. GROSS (SBN 254672)
   ggross@kasowitz.com
11 JOSEPH H. LEE (SBN 248046)
   jlee@kasowitz.com
12 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   333 Twin Dolphin Drive, Suite 200
13 Redwood Shores, CA  94065
   Telephone:     1+(650) 453-5170
14 Facsimile:     1+(650) 453-5171

15 Attorneys for Plaintiffs
   SYNOPSYS, INC., EMULATION VERIFICATION
16 ENGINEERING S.A. and EVE-USA, INC.

17                   UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                   SAN FRANCISCO DIVISION
20

21
   SYNOPSYS, INC., EMULATION                        Case No. 3:12-cv-05025-MMC
22 VERIFICATION ENGINEERING S.A. AND
   EVE-USA, INC.,                                   [~~PROPOSED~~] ORDER GRANTING
23                                                  MENTOR GRAPHICS
                 Plaintiffs,                        CORPORATION'S MOTION TO SEAL
24                                                  DOCUMENTS PURSUANT TO CIVIL
            v.                                      LOCAL RULE 79-5
25
   MENTOR GRAPHICS CORPORATION,
26
                 Defendant.
27

28

1       On February 1, 2013, Mentor Graphics Corporation filed an Administrative Motion to Seal certain documents it filed in connection with its Reply in Support of Motion to Transfer ("Mentor Graphics' Reply").  *See* Dkt. No. 61 (Administrative Motion to Seal).  Among the documents Mentor Graphics sought to file under seal were Exhibits 31-34 to the Declaration of Robin M. Wall in Support of Mentor Graphics' Reply (the "Wall Declaration") as well as portions of the Reply discussing the information in those exhibits, all of which contain Plaintiffs' confidential information.  Pursuant to Civil Local Rule 79-5(d), Plaintiffs submitted the Declaration of William H. Wright establishing that the designated information is sealable.

      Having considered Mentor Graphics' Administrative Motion to Seal Portions of Documents Pursuant to Civil Local Rule 79-5, and the declaration Plaintiffs submitted, the Court finds the designated information is sealable and hereby **GRANTS** Mentor Graphics' motion.

      Accordingly, the following may be filed under seal:  (1) portions of Mentor Graphics' Reply; and (2) Exhibits 31, 32, 33 and 34 to the Wall Declaration.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge