1  I. NEEL CHATTERJEE (SBN 173985)
   nchatterjee@orrick.com
2  WILLIAM H. WRIGHT (SBN 161580)
   wwright@orrick.com
3  VICKIE L. FEEMAN (SBN 177487)
   vfeeman@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA 94025
   Telephone: (650) 614-7400
6  Facsimile: (559) 614-7401

7  DOUGLAS E. LUMISH (SBN 183863)
   dlumish@kasowitz.com
8  JEFFREY G. HOMRIG (SBN 215890)
   jhomrig@kasowitz.com
9  GABRIEL S. GROSS (SBN 254672)
   ggross@kasowitz.com
10 JOSEPH H. LEE (SBN 248046)
   jlee@kasowitz.com
11 UTTAM G. DUBAL (SBN 266007)
   udubal@kasowitz.com
12 KASOWITZ, BENSON, TORRES &
   FRIEDMAN LLP
13 333 Twin Dolphin Drive, Suite 200
   Redwood Shores, CA 94065
14 Telephone: (650) 453-5170
   Facsimile: (650) 453-5171
15
   Attorneys for Plaintiffs and Counter-Defendants
16 SYNOPSYS, INC. ET AL.

GEORGE A. RILEY (SBN 118304)
griley@omm.com
MARK E. MILLER (SBN 130200)
markmiller@omm.com
MICHAEL SAPOZNIKOW (SBN 242640)
msapoznikow@omm.com
ELIZABETH OFFEN-BROWN (SBN 279077)
eoffenbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant and Counter-Plaintiff
MENTOR GRAPHICS CORPORATION

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

20 SYNOPSYS, INC., a Delaware Corporation,
   EVE-USA, INC., a Delaware corporation, and
21 EMULATION AND VERIFICATION
   ENGINEERING, S.A., formed under the laws of
22 France,

23         Plaintiffs and Counter-Defendants,

24 v.

25 MENTOR GRAPHICS CORPORATION, an
   Oregon Corporation,

26         Defendant and Counter-Plaintiff

27

28

Case No. 3:12-cv-05025-MMC

**STIPULATION AND [PROPOSED]
ORDER TO RESCHEDULE CASE
MANAGEMENT CONFERENCE**

1    Pursuant to Civil Local Rule 6-2, Plaintiffs and Counter-Defendants Synopsys, Inc.

2  ("Synopsys"), EVE-USA, Inc., and Emulation and Verification Engineering, S.A. (collectively

3  "Plaintiffs") and Defendant and Counter-Plaintiff Mentor Graphics Corp. ("Mentor Graphics")

4  jointly submit this stipulated request for an order rescheduling the Case Management Conference

5  in this action from March 22, 2013 to March 29, 2013.

6    The lead counsel for both parties are unavailable on March 22, 2013.  There is another case

7  pending between Synopsys and Mentor Graphics, No. 12-CV-6467-MMC, in this Court, with a

8  Case Management Conference scheduled for March 29, 2013.  It would be efficient for the Court

9  to hold both Case Management Conferences in the same hearing.

10    THEREFORE IT IS HEREBY STIPULATED by the Parties, through their respective

11  counsel of record, that the Case Management Conference be changed from March 22, 2013 to

12  March 29, 2013, and that the Court set corresponding deadlines associated therewith as set forth

13  below.

14    The Parties will file a joint case management statement by March 22, 2013;

15    The Parties will serve initial disclosures by March 22, 2013;

16

17

18

19    IT IS SO STIPULATED.

20

21

22

23

24

25

26

27

28

1

Dated: February 28, 2013                    By:    /s/ Michael Sapoznikow

2                                                  Michael Sapoznikow
                                                   Attorneys for Defendant and Counter-
3                                                  Plaintiff
                                                   MENTOR GRAPHICS CORPORATION
4                                                                                    .

Dated: February 28, 2013                    By:    /s/ Vickie L. Feeman
5                                                  Vickie L. Feeman
                                                   Attorneys for Plaintiffs and Counter-
6                                                  Defendants
                                                   SYNOPSYS, INC. EVE-USA, INC. &
7                                                  EMULATION AND VERIFICATION
                                                   ENGINEERING, S.A.
8

9

10

          Pursuant to Civil Local Rule 5-1(i)(3), counsel for Mentor Graphics has obtained the
11
concurrence of Plaintiff's counsel in the filing of this Stipulated Request.
12

13

Dated: February 28, 2013                    By:    /s/ Michael Sapoznikow
14
                                                   Michael Sapoznikow
15                                                 Attorneys for Defendant and Counter-
                                                   Plaintiff
16                                                 MENTOR GRAPHICS CORPORATION

17

18

19

20        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23   DATED: ___March 11, 2013___                   _____
                                                   Honorable Maxine M. Chesney
24                                                 United States District Judge

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CMC
CASE NO. 3:12-CV-05025-MMC                                                              2