Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | ) Case No: 12-cv-06467 ; AND |
| Plaintiff(s), | ) Case No. 12-cv-05025-MMC |
| v. | ) **APPLICATION FOR** |
| MENTOR GRAPHICS CORP. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, David T. Pritikin, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Synopsys, Inc. in the above-entitled action. My local co-counsel in this case is M. Patricia Thayer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Sidley Austin LLP - 1 South Dearborn Street Chicago, IL  60603 | Sidley Austin LLP - 555 California St, Ste 2000 San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD: (312) 853-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 772-1200 |
| MY EMAIL ADDRESS OF RECORD: dpritikin@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: pthayer@sidley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2256339.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/18/13                                         /s/David T. Pritikin
                                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David T. Pritikin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 19, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE