IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS INC, et al., | No. C 12-5025 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MENTOR GRAPHICS CORPORATION, | |
| Defendant. / | |

In light of the pending Motion to Transfer, the Case Management Conference currently scheduled for March 29, 2013 is hereby CONTINUED to May 3, 2013.

**IT IS SO ORDERED.**

Dated: March 20, 2013

MAXINE M. CHESNEY
United States District Judge